990

No. 80–537. In re J. W. B. et al. Appeal from Ct. Civ. App. Tex., 11th Sup. Jud. Dist., dismissed for want of substantial federal question.

No. 80–545. Lowrey v. Morris. Appeal from Sup. Ct. Miss. dismissed for want of substantial federal question.

No. 80–5302. Howell v. Coshocton County Children's Services Board. Appeal from Ct. App. Ohio, Coshocton County, dismissed, it appearing that the judgment below rests upon independent and adequate state grounds.

No. 80–5492. Whack v. Maryland. Appeal from Ct. App. Md. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. Justice Stewart, Justice Marshall, and Justice Stevens would note probable jurisdiction and set case for oral argument.

No. 80–6090. Stein v. Frank et ux. Appeal from Ct. Civ. App. Tex., 11th Sup. Jud. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–754. Missouri v. Counselman; Missouri v. McGee; Missouri v. Payne; Missouri v. White; and Missouri v. Williams. Ct. App. Mo., Eastern Dist. Motions of respondents Williams and McGee for leave to proceed in forma pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of Albernaz v. United States, ante, p. 333. Justice Stewart, Justice Marshall, and Justice Stevens dissent. Reported below: 603 S. W. 2d 3 (first case); 602 S. W. 2d 709 (second case); 607 S. W. 2d 822 (third case); 610 S. W. 2d 646 (fourth case); 610 S. W. 2d 644 (fifth case).